No. 52938.—Schenley Distilleries, Inc. v. United States, protests 140451–K, etc. (Indianapolis).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained. The protests were overruled in all other respects.

BEFORE THE FIRST DIVISION, MARCH 17, 1949

No. 52939.—Lampson Fraser & Huth, Inc. v. United States, protest 93344–K (New York).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

BEFORE THE SECOND DIVISION, MARCH 17, 1949

No. 52940.—Best & Co. v. United States, protest 144334–K (New York).

Opinion by RAO, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.